# United States Bankruptcy Court
## District of Idaho

In re   **Vernon Kenneth Smith, Jr.**                                          Case No.   _____
                                         Debtor(s)                             Chapter    **11**

## DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

---

Debtor's name (enter full name):   **Vernon Kenneth Smith, Jr.**

Does Debtor have a domestic support obligation: _____ yes   **XX**   no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Debtor's employer's name, address, and phone number: _____.

Name, address and phone number for the holder of the claim of support: _____.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____.

Amount that the domestic support obligation is in arrears: $ **34,770.16 plus interest**     .

Court name and jurisdiction in which order of support was issued:   **Ada County District Court, Boise, Idaho**

Court Case No.  **CV-DR-1990-12684**     .

Name, address and phone number of the State child support enforcement agency involved in such claim:

**n/a**     .

**\*\*Debtor's prior support obligation was extinguished in 2003 and an independent money judgment entered as of 1/6/99\*\***

_____

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Vernon Kenneth Smith, Jr.                                               September  6, 2018
**Vernon Kenneth Smith, Jr.**                                                           Date
**Signature of Debtor**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571