| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Vernon Kenneth Smith, Jr.** | |
| | First Name / Middle Name / Last Name | |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | |
| Case number (if known) | 18-01171 | ☐ Check if this is an amended filing |

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Allen Ellis**
**2537 W State Stree**
**Suite 140**
**Boise, ID 83702**

Contact

Contact phone

What is the nature of the claim?   **Attorney fees for Estate**    $ **$17,500.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____
Value of security:   - $ _____
Unsecured claim   $ _____

**2**

**Bennett Farms**
**Mountain Home, ID 83647**

Contact

What is the nature of the claim?   **Business expense - personal guarantee**    $ **$4,400.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)   $ _____

Debtor 1  **Vernon Kenneth Smith, Jr.**  Case number *(if known)*  18-01171

Value of security:  - $
Unsecured claim  $

### 3

**Campbell Tractor**
**2014 N Franklikn Blvd**
**Nampa, ID 83687**

What is the nature of the claim?  **Open revolving business account - personal guarantee**  $ **$1,500.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $
Value of security:  - $
Unsecured claim  $

Contact
Contact phone

### 4

**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19114**

What is the nature of the claim?  **Income taxes**  $ **Unknown**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)  $
Value of security:  - $
Unsecured claim  $

Contact
Contact phone

### 5

**Jones Gledhill Fuhrman**
**225 N 9th St #820**
**Boise, ID 83702**

What is the nature of the claim?  **Attorneys fees**  $ **Unknown**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  $ **$350,000.00**
Value of security:  - $ **Unknown**
Unsecured claim  $ **Unknown**

Contact
Contact phone

### 6

**Orin Dilworth**
**730 E. 43rd Street**

What is the nature of the claim?  **Business Expense - personal guarantee for salary**  $ **$24,000.00**

Debtor 1  **Vernon Kenneth Smith, Jr.**  Case number *(if known)* **18-01171**

Garden City, ID 83714

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact
Contact phone

---

**7**

**Sharon K. Bergmann**
**c/o Randal J. French, Atty**
**PO Box 2730**
**Boise, ID 83701**

**What is the nature of the claim?**  **Debts arising out of prior divorce action, including property settlement issues and**  $ **$1,300,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact
Contact phone

---

**8**

**Simplot Grower Solutions**
**1099 W Front Street**
**ATTN: James Alderman, Sec.**
**Boise, ID 83702**

**What is the nature of the claim?**  **Fertilizer and chemicals**  $ **$5,394.09**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
   Value of security:  - $ _____
   Unsecured claim  $ _____

Contact
Contact phone

---

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Vernon Kenneth Smith, Jr.**
   **Vernon Kenneth Smith, Jr.**
   Signature of Debtor 1

X  _____
   Signature of Debtor 2

Date  **September  6, 2018**

Date  _____

| Debtor 1 | **Vernon Kenneth Smith, Jr.** | Case number *(if known)* | **18-01171** |
|---|---|---|---|

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy