David W. Newman, ISBN 8251
Assistant United States Trustee
Brett R. Cahoon, ISBN 8607
United States Department of Justice
Office of the United States Trustee
720 Park Blvd, Ste. 220
Boise, Idaho 83712
(208) 334-1300
(208) 334-9756 [Facsimile]
ustp.region18.bs.ecf@usdoj.gov

Attorneys for the Acting United States Trustee

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In re:

VERNON KENNETH SMITH, JR.,

Debtor.

Case No. 18-01171-JMM
Chapter 11

## MINUTES OF 341(a) MEETING OF CREDITORS

Date of Meeting: November 2, 2018         Location of Meeting: Boise
Recorder Track No: N.A.

☑ Debtor(s) sworn & examined.
☑ Debtor(s)' attorney ☑ Present ○ Not present ○ *Pro Se*
☑ Schedules & Statements filed.
☐ Debtor(s) advised of United States Trustee's Chapter 11 Operating Guidelines and Reporting Requirements.

**Debtor Identification Issues:** ☑ None
☐ No Photo ID.                              ☐ ID does not match petition.
☐ No proof of SSN                           ☐ Debtor to file amended petition.

**Action Items:** ☑ None
☐ 341(a) Meeting Continued to:
☐ Dismiss for:
   ○ Non-appearance of Debtor.
   ○ ID does not match petition.
☐

**Additional Information**: List of creditors attending is attached.

Date: November 5, 2018

_____
DAVID W. NEWMAN
Assistant United States Trustee

In re Smith    11/2/18

| Name | Party Represented |
|---|---|
| Randall A. Peterman | Noah Hillen |
| Joe to Smith | Creditor |
| [illegible] | Joe Smith / Creditor |
| Shara K Bergman | - Creditor |
| Justin May | Sharon Bergman |
| Noah Hillen | P.R. Estate of Victoria Smith |