Randall A. Peterman, ISB No. 1944
Alexander P. McLaughlin ISB No. 7977
GIVENS PURSLEY LLP
601 West Bannock Street
Post Office Box 2720
Boise, Idaho  83701
Telephone  (208) 388-1200
Facsimile  (208) 388-1300
rap@givenspursley.com
alexmclaughlin@givenspursley.com
013683-0002

Attorneys for Noah Hillen, Personal Representative
of the Estate of Victoria H. Smith

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>VERNON KENNETH SMITH, JR.,<br><br>Debtor. | Case No. 18-01171-JDP<br>Chapter 11 |

## HILLEN'S LIST OF EXHIBITS AND WITNESSES
## FOR FEBRUARY 27, 2019, HEARING

COMES NOW Noah Hillen, personal representative ("Hillen" or "PR") of the

Estate ("Probate Estate") of Victoria H. Smith ("Decedent"), by and through his attorneys of

record, Givens Pursley LLP, and identifies its exhibits and witnesses as to the following matter

that is pending for hearing ("Hearing") on February 27, 2019, at 1:30 p.m. at the U.S. Bankruptcy

Court, 550 W. Fort Street, Boise, Idaho, before the Honorable Jim D. Pappas:

(a)    Motion Appoint Trustee Under 11 U.S.C. Section 1104(A)(1) and (2)
(CR 75).

## WITNESSES

Hillen intends to call or may call the following witness:

(a)     Vernon Kenneth Smith, Jr. ("Debtor");

(b)     Noah G. Hillen in his capacity as the PR for the Probate Estate of the Decedent;

(c)     Gregory Byron;

(d)     Any witnesses that may be called by the Debtor; and

(e)     Any witnesses that may be called by any other party at the Hearing.

Hillen reserves the right to cross-examine any witnesses called by the opposing parties at the hearing and further reserves the right to call any rebuttal witnesses not identified in this document.  Hillen reserves the right to supplement its witness disclosures as necessary.

## EXHIBITS

Hillen intends to introduce those exhibits identified on **Exhibit A**, attached hereto. Hillen reserves the right to introduce other documents in cross-examination of witnesses in this matter, or in rebuttal and reserves the right to introduce other previously identified exhibits.  Hillen also reserves the right to use as an exhibit any documents that have been filed with this Court, pursuant to the Court's ability to take judicial notice of any such documents.

DATED this 20th day of February, 2019.

GIVENS PURSLEY LLP


By  */s/ Randall A. Peterman*
　　Randall A. Peterman – Of the Firm
　　Alexander P. McLaughlin – Of the Firm
　　Attorneys for Noah Hillen, Personal
　　Representative of the Estate of Victoria
　　H. Smith

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February, 2019, I filed the foregoing **HILLEN'S LIST OF EXHIBITS AND WITNESSES FOR FEBRUARY 27, 2019, HEARING** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

**D. Blair Clark**
dbc@dbclarklaw.com
mbc@dbclarklaw.com
maryann@dbclarklaw.com
jeffrey@dbclarklaw.com
reception@dbclarklaw.com
jackie@dbclarklaw.com
ecf.dbclaw@gmail.com

**United States Trustee**
ustp.region18.bs.ecf@usdoj.gov

**Noah G. Hillen**
ngh@hillenlaw.com
dlr@hillenlaw.com
llm@hillenlaw.com
sellassets@ecf.inforuptcy.com
ID14@ecfcbis.com

**David W. Newman**
ustp.region18.bs.ecf@usdoj.gov

**Kimbell D. Gourley**
kgourley@idalaw.com
pulmer@idalaw.com
kserrano@idalaw.com
mingham@idalaw.com

**Allen B. Ellis**
aellis@aellislaw.com

AND, I FURTHER CERTIFY that on such date I served the foregoing **HILLEN'S LIST OF EXHIBITS AND WITNESSES FOR FEBRUARY 27, 2019, HEARING** on the following non-CM/ECF Registered Participants in the manner indicated:

Vernon Kenneth Smith, Jr.
1900 W. Main Street
Boise, ID 83702

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Rory Jones
Erika Judd
Jones, Gledhill, Furman P.A.
225 North 9th Street, #820
Boise, ID 83702

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile

Victoria Anne Converse            (X) U.S. Mail, Postage Prepaid
10548 NW Skyline Blvd.         ( ) Hand Delivered
Portland OR 97231             ( ) Overnight Mail
                                      ( ) Facsimile

Victoria L. Smith                 (X) U.S. Mail, Postage Prepaid
1900 W. Main Street           ( ) Hand Delivered
Boise, ID 83702                ( ) Overnight Mail
                                      ( ) Facsimile

Tom Walker                     (X) U.S. Mail, Postage Prepaid
Generations Law Group        ( ) Hand Delivered
412 E Parkcenter Blvd., Ste. 210  ( ) Overnight Mail
Boise, ID 83706                ( ) Facsimile

                                  */s/ Randall A. Peterman*
                                  Randall A. Peterman

**HILLEN'S LIST OF EXHIBITS AND WITNESSES FOR FEBRUARY 27, 2019, HEARING - 4**   14545636.1

## BANKRUPTCY COURT
### Exhibit List

SUBMITTED BY: Noah G. Hillen, Personal Representative

| CASE NAME: In re Vernon K. Smith, Jr. | COURT DATE:<br>February 27, 2019 | CASE NUMBER:<br>18-01171-JDP |
|---|---|---|
| **Debtor:** Vernon Kenneth Smith, Jr.<br><br>**Debtor's Counsel:** D. Blair Clark<br><br>**Exhibit Nos.** _____ | **Creditor/Trustee:** Noah G. Hillen<br><br>**Counsel:** Randall A. Peterman<br><br>**Exhibit Nos.** 200-238 | |
| **PRESIDING JUDGE :** Jim D. Pappas | **Matter before the Court:** | CR 75 |

| NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 200 | 09-06-2018 | | CR 1 - Chapter 11 Petition |
| 201 | 09-20-2018 | | CR 29 - Schedules and Statements of Affairs |
| 202 | 10-22-2018 | | CR 41 - September 2018 Monthly Operating Report |
| 203 | 11-13-2018 | | CR 55 - October 2018 Monthly Operating Report |
| 204 | 12-20-2018 | | CR 66 - November 2018 Monthly Operating Report |
| 205 | 02-12-2019 | | CR 79 - December 2018 Monthly Operating Report |
| 206 | 01-08-2019 | | Proof of Claim No. 6 |
| 207 | 02-14-2019 | | Claims Register |
| 208 | 01-23-2019 | | Complaint (Hillen v. Smith, 19-06005-JDP) |
| 209 | 10-12-2018 | | Excerpts of Transcript of Vernon K. Smith, Jr. Meeting of Creditors |
| 210 | 11-02-2018 | | Excerpts of Transcript of Vernon K. Smith, Jr. Continued Meeting of Creditors (w/o exhibits) |
| 211 | 05-04-2017 | | Excerpts of Deposition of Vernon K. Smith, Jr. (Probate Action) |
| 212 | 05-10-2017 | | Amended Findings of Fact and Conclusions of Law (Probate Action) |
| 213 | 03-09-2017 | | Order Appointing Special Administrator (Probate Action) |
| 214 | 05-12-2017 | | Decision re Multiple Motions (Probate Action) |
| 215 | 06-02-2017 | | Judgment on Rule 70(b) Motion (Probate Action) |
| 216 | 05-02-2018 | | Order Approving PR's Attorney Fees and Compensation (Probate) |

EXHIBIT A

Updated June 11, 2013

## BANKRUPTCY COURT
Exhibit List

**SUBMITTED BY:** Noah G. Hillen, Personal Representative

| | |
|---|---|
| **CASE NAME:** In re Vernon K. Smith, Jr. | **COURT DATE:** February 27, 2019 · **CASE NUMBER:** 18-01171-JDP |
| **Debtor:** Vernon Kenneth Smith, Jr. | **Creditor/Trustee:** Noah G. Hillen |
| **Debtor's Counsel:** D. Blair Clark | **Counsel:** Randall A. Peterman |
| **Exhibit Nos.** _____ | **Exhibit Nos.** 200-238 |
| **PRESIDING JUDGE :** Jim D. Pappas | **Matter before the Court:** CR 75 |

| NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| | | **EXHIBITS** | |
| 217 | 05-15-2017 | | Petition Against Vernon K. Smith, Jr. and Associated Individuals |
| 218 | 12-18-2018 | | Substitute Opinion (Smith v. Smith, ISC Docket 45313) |
| 219 | 06-12-2018 | | Opinion (Bergmann v. Smith, ISC Docket 44970/45069) |
| 220 | 11-03-2016 | | Opinion (Smith v. TV Seed, ISC Docket 42596) |
| 221 | 01-29-2019 | | Opinion (Smith v. TV Seed, ISC Docket 45543) |
| 222 | various | | Law Office of Vernon K. Smith, LLC Entity Formation Documents |
| 223 | 09-19-2013 | | Death Certificate - Victoria Smith |
| 224 | 12-02-2015 | | First Amended Complaint (DEQ v. Gibson) |
| 225 | 02-10-2016 | | Answer to First Amended Complaint (DEQ v. Gibson) |
| 226 | 05-05-2017 | | Stipulation for Settlement and Dismissal (DEQ v. Gibson) |
| 227 | 06-21-2018 | | Amended Judgment (DEQ v. Gibson) |
| 228 | 08-27-2018 | | Second Amended Notice of Appeal (DEQ v. Gibson) |
| 229 | 07-19-2016 | | Order Granting Motion for Partial Summary Judgment (Probate) |
| 230 | 02-07-2017 | | Motion to Require PR to Obtain Appraisals of Estate Property (Probate) |
| 231 | 02-07-2017 | | Declaration re Motion to Require PR to Obtain Appraisals of Estate Property (Probate) |
| 232 | 04-13-2017 | | Declaration of Randall A. Peterman (Probate Action) |
| 233 | 03-30-2017 | | Motion Under Rule 70(b) (Probate Action) |

# BANKRUPTCY COURT
## Exhibit List

**SUBMITTED BY:** Noah G. Hillen, Personal Representative

| | | |
|---|---|---|
| **CASE NAME:** In re Vernon K. Smith, Jr. | **COURT DATE:** February 27, 2019 | **CASE NUMBER:** 18-01171-JDP |
| **Debtor:** Vernon Kenneth Smith, Jr. | **Creditor/Trustee:** Noah G. Hillen | |
| **Debtor's Counsel:** D. Blair Clark | **Counsel:** Randall A. Peterman | |
| **Exhibit Nos.** _____ | **Exhibit Nos.** 200-238 | |
| **PRESIDING JUDGE :** Jim D. Pappas | **Matter before the Court:** | CR 75 |

| EXHIBITS | | | DESCRIPTION |
|---|---|---|---|
| **NOS.** | **Date** | **ADMITTED** | |
| 234 | 02-14-2019 | | Renewed Motion to File Estate Tax Return (Probate Action) |
| 235 | 02-14-2019 | | Declaration of R. Peterman re Renewed Motion to File Estate Tax Return (Probate Action) |
| 236 | 11-01-2017 | | Email from R. Jones to R. Peterman regarding Chinden Lease |
| 237 | 02-19-2019 | | DK 083 - January 2019 Monthly Operating Report |
| 238 | 02-19-2019 | | DK 080 - Amended Schedule E/F |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Updated June 11, 2013