D. Blair Clark
LAW OFFICES OF D. BLAIR CLARK PC
1509 Tyrell Lane, Suite 180
Boise, ID 83706
Telephone: (208) 475-2050
Fax: (208) 475-2055
Email: dbc@dbclarklaw.com
Idaho State Bar # 1367
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In re: | Case 18-01171-JDP |
|---|---|
| **VERNON K. SMITH, JR.** | Chapter 11 |
| Debtor. | |

# WITNESS LIST

COMES NOW the Debtor, and submits his Witness List for the hearings set for February 27-28, as follows:

1. Vernon K. Smith, Jr.

2. Noah Hillen, Personal Representative

3. Tom Walker [1]

4. Debtor requests leave of Court and a continuance to be able to take the deposition of Victoria Converse, Debtor's sister, in or around Portland, OR, which is her residence.

5. Debtor reserves the right of cross-examination of any/all of Hillen's witnesses.

DATED this 22nd day of February, 2019

---

[1] Debtor understands that Hillen is not calling Mr. Byron. If Mr. Byron is called, then Debtor will call Mr. Walker in response.

DEBTOR'S WITNESS LIST --1

LAW OFFICES OF D. BLAIR CLARK PC


\_\_/s/ _____
D. Blair Clark, Attorney for Debtors

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2019, I caused to be served a true and correct copy of the foregoing by ECF, to the following:

Allen Boyd Ellis on behalf of Creditor Joseph H. Smith
aellis@aellislaw.com

Kimbell D Gourley on behalf of Creditor Jones Gledhill Fuhrman Gourley PA
kgourley@idalaw.com, pulmer@idalaw.com; mingham@idalaw.com

Noah G. Hillen on behalf of Creditor Noah G. Hillen
ngh@hillenlaw.com, dlr@hillenlaw.com; llm@hillenlaw.com; sellassets@ecf.inforuptcy.com; ID14@ecfcbis.com

Alex P McLaughlin on behalf of Creditor Noah G. Hillen
apm@givenspursley.com, litigation@givenspursley.com; jrt@givenspursley.com; kad@givenspursley.com; tmh@givenspursley.com

David Wayne Newman on behalf of U.S. Trustee US Trustee
ustp.region18.bs.ecf@usdoj.gov

Randall A Peterman on behalf of Creditor Noah G. Hillen
rap@givenspursley.com, kad@givenspursley.com; wandawhite@givenspursley.com

US Trustee
ustp.region18.bs.ecf@usdoj.gov


\_\_/s/_____
D. Blair Clark

DEBTOR'S WITNESS LIST --2