# BANKRUPTCY COURT
## Exhibit List

**SUBMITTED BY:** D. Blair Clark, for Debtor

| | |
|---|---|
| **CASE NAME:** IN RE VERNON K. SMITH, JR. | **COURT DATE:** 2.27.2019    **CASE NUMBER:** 18-01171-JDP |
| **Debtor:** Vernon K. Smith, Jr. | **Creditor/Trustee:** Noah Hillen, PR |
| **Debtor's Counsel:** D. Blair Clark | **Counsel:** Randall Peterman |
| **Exhibit Nos.** 100-106 | **Exhibit Nos.** _____ |
| **PRESIDING JUDGE:** Jim D. Pappas | **Matter before the Court:** Motion to Appoint Trustee |

| EXHIBITS NOS. | Date | ADMITTED | DESCRIPTION |
|---|---|---|---|
| 100 | 11/9/2017 | | Declaration of Victoria Ann Converse with attachments |
| 101 | 11/21/2018 | | Declaration of Randall A. Peterman with attachments |
| 102 | 2/21/2019 | | Docket, CV-OC-2015-3540 | DEQ vs. Gibson |
| 103 | 2/22/2019 | | Debtor's Disclosure Statement |
| 104 | 2/22/2019 | | Debtor's Proposed Chapter 11 Plan |
| 105 | 2/22/2019 | | Objection to Claim No. 6 |
| 106 | 2/22/2019 | | Objection to Claim No. 5 |

Updated June 11, 2013