SWAFFORD LAW, P.C.
    Ronald L. Swafford, Esq., Bar No. 1657
    Trevor L. Castleton, Esq., Bar No. 5809
    Larren K. Covert, Esq., Bar No. 7217
        larrenc@swaffordlaw.com
675 S. Woodruff Avenue
Idaho Falls ID 83401
Telephone (208) 524-4002
Facsimile (208) 524-4131

Attorney for Sharon Bergmann

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re:<br><br>VERNON K. SMITH, JR.,<br><br>    Debtor. | **Case No. 18-01171-JDP**<br>Chapter 11<br><br>**AFFIDAVIT OF LARREN K. COVERT IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362** |
|---|---|

STATE OF IDAHO    )
                                 )
County of Bonneville   )

    I, LARREN K. COVERT, ESQ., hereby state and depose as follows:

    1.    I am over the age of 18, an attorney licensed in the State of Idaho and Federal Courts for the 9th Circuit. I make the following statements based on my own personal knowledge and belief gained from working on this matter and the related bankruptcy case for Sharon Bergmann.

    2.    Attached hereto as Attachment A is a true and correct copy of the *Corrected Order Confirming Chapter 13 Plan Filed 6/17/15 Docket No. 37 and Granting Related Motions* filed as Docket Number 85 in Sharon Bergmann's Bankruptcy case, Idaho Bankruptcy Case No.

AFFIDAVIT OF LARREN K. COVERT IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362    - 1

15-00387-JMM.

3.  The Trustee in that case has employed Swafford Law, PC to continue its efforts in collecting on the Judgments against Mr. Smith.

Dated July 3, 2019.

_____
LARREN K. COVERT, ESQ.
Of Swafford Law, P.C.
Attorneys for Defendant/Appellant

SUBSCRIBED and SWORN before me, a Notary Public in and for said State, this 3rd day of July, 2019.

RAMONA ANDERSON
NOTARY PUBLIC - STATE OF IDAHO
COMMISSION NUMBER 20170547
MY COMMISSION EXPIRES 9-18-2023

_____
NOTARY PUBLIC
Residing at Idaho Falls, Idaho

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2019, I served a true and correct copy of the foregoing document on the following by the method of delivery indicated:

| | |
|---|---|
| Vernon K. Smith, Esq.<br>1900 W. Main<br>Boise, ID 83702 | ☐ U.S. Mail, postage prepaid<br>☐ Designated courthouse box<br>☐ Hand-delivered<br>☐ Fax:<br>☒ CM/ECF: vvs1900@gmail.com |
| Noah G. Hillen<br>PR Estate of Smith | ☐ U.S. Mail, postage prepaid<br>☐ Designated courthouse box<br>☐ Hand-delivered<br>☐ Fax:<br>☒ CM/ECF: ngh@hillenlaw.com |
| D. Blair Clark | ☐ U.S. Mail, postage prepaid<br>☐ Designated courthouse box<br>☐ Hand-delivered<br>☐ Fax:<br>☒ CM/ECF: dbc@dbclarklaw.com |
| David W. Newman | ☐ U.S. Mail, postage prepaid<br>☐ Designated courthouse box<br>☐ Hand-delivered<br>☐ Fax:<br>☐ ustp.region18.bs.ecf@usdof.gov |
| U.S. Trustee | ☐ U.S. Mail, postage prepaid<br>☐ Designated courthouse box<br>☐ Hand-delivered<br>☐ Fax:<br>☒ CM/ECF:<br>ustp.region18.bs.ecf@usdof.gov |
| Kimbell D. Gourley | ☐ U.S. Mail, postage prepaid<br>☐ Designated courthouse box<br>☐ Hand-delivered<br>☐ Fax:<br>☒ CM/ECF: kgourley@idalaw.com |

AFFIDAVIT OF LARREN K. COVERT IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362                - 3 -

| | |
|---|---|
| Randall A. Peterman | ☐ U.S. Mail, postage prepaid<br>☐ Designated courthouse box<br>☐ Hand-delivered<br>☐ Fax:<br>☒ CM/ECF: rap@givenspursley.com |

_/s/ Larren K. Covert_

Larren K. Covert, Esq.
Of Swafford Law, PC
Attorney for Sharon Bergmann

AFFIDAVIT OF LARREN K. COVERT IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY, 11 U.S.C. §362 - 4

# ATTACHMENT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re: )
) Case No. 15-00387-JDP
Sharon Kay Bergmann )
) Chapter 13
Debtor )
)

CORRECTED ORDER CONFIRMING CHAPTER 13 PLAN FILED 6/17/15
DOCKET NO. 37 AND GRANTING RELATED MOTIONS

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING THAT:

1. The Chapter 13 Plan and Related Motions comply with the provisions of this chapter and with other applicable provisions of this title;

2. Any fees, charges or amounts required to be paid under the Chapter 13 Plan or 28 U.S.C. §§ 1911 et seq. have been paid;

3. The plan and related motions have been proposed in good faith and not by any means forbidden by law.

4. The value, as of the effective date of the plan and related motions, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under 11 USC Chapter 7 on such date;

5. With respect to each allowed secured claim provided for by the plan—

    a. the holder of such claim has accepted the plan; or

    b. the plan provides that the holder of such claim retain the lien securing such claim, and receive payment consistent with the terms of 11 U.S.C. § 1325(a)(5)(B)(i), (ii) and (iii), or

    c. the property securing such claim is surrendered to the holder of such

claim.

6. The debtor will be able to make all payments under the plan, and to comply with the plan.

7. The debtor has paid all amounts as required under 11 U.S.C. § 1325(a)(8).

8. The debtor has filed all applicable Federal, State and local tax returns.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

The Chapter 13 Plan is confirmed and related motions are granted, incorporating the following modifications:

A. The applicable commitment period is 60 months.

B. In order to meet her disposable income requirement, the Debtor will make 3 payments of $885 per month, followed by one payment of $1363 in July of 2015 and commencing in August 2015 plan payments will increase to $1400 per month for the remainder of the plan.

C. The Debtor shall file amended schedules I and J within 30 days (1) if Debtor has a change in income that results in a gross increase of 10% or more of his current gross income as reflected on his most recently filed Schedule I, or (2) if he receives income from any other source than those sources identified on his most recently filed Schedule I or (3) if he has an increase in household income. The Debtors shall provide proof of the same to the Trustee's office.

D. Pursuant to the Memorandum of Decision entered October 27, 2015 as doc.80, attorney fees and costs will be allowed in the amount of $9,158.50 with the balance due of $7,858.50 to be paid from the first funds available pursuant to the terms of the plan.

E. The Debtor will cooperate with the Chapter 13 Trustee to take all actions

necessary to collect on any and of her judgments against her former spouse, Vernon K Smith and to turn over all net proceeds after the payment of attorneys fee and costs incurred in the collection of said funds.

F. Pursuant to the terms of the plan, Kathleen McCallister, as Chapter 13 Trustee of the estate of Sharon Bergmann, will retain as part of the estate the judgments which Debtor Sharon Bergmann holds against her former spouse, Vernon K. Smith, entered originally on February 11, 1991, and on January 6, 1999, and shall take all reasonable actions necessary to collect those judgments and to pay the net amount of those judgments to creditors. Kathleen McCallister, as Chapter 13 Trustee of the estate of Sharon Bergmann, may employ counsel to collect on said judgments, in her discretion, and may, in her discretion, employ Swafford Law Office as counsel for the estate.\\end of text\\.

Dated: January 4, 2016

/s/ _____
Honorable Jim D. Pappas
United States Bankruptcy Judge


/s/_____
Kathleen McCallister, Trustee

/s/_____
Randy French, Attorney for the Debtor

Declined to sign_____
Vernon K Smith for Royal Von Puckett

/s/_____
Sharon Kay Bergmann

Case 15-00387-JMM    Doc 85-1    Filed 01/04/16    Entered 01/04/16 10:24:52    Desc You
choose recipients: Notice Recipients    Page 1 of 1

# Notice Recipients

District/Off: 0976−1     User: dhoyle     Date Created: 1/4/2016
Case: 15−00387−JDP     Form ID: pdf033     Total: 2

**Recipients of Notice of Electronic Filing:**
ust     US Trustee     ustp.region18.bs.ecf@usdoj.gov

                                                                                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Sharon Kay Bergmann     13724 S Morningside St     Nampa, ID 83651

                                                                                                          TOTAL: 1