D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICE OF D. BLAIR CLARK PC
1509 Tyrell Lane, Suite 180
Boise, ID  83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email jeffrey@dbclarklaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| In re: | Case No. **18-01171-JDP** |
|---|---|
| **VERNON K. SMITH, JR.**, | Chapter **11** |
| Debtor. | |

## MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY

COMES NOW Debtor's counsel, the Law Office of D. Blair Clark, PC, by and through its associate attorney, Jeffrey P. Kaufman, and hereby moves the Court for the entry of an order allowing the Law Office of D. Blair Clark, PC to withdraw as attorney of record for the debtor, as provided in the proposed order attached hereto.

This Motion is made and based on the Affidavit of Jeffrey P. Kaufman filed herewith and upon the records, papers and filed in the above entitled action.

DATED this 22ND day of July, 2019.

LAW OFFICE OF D. BLAIR CLARK, PC
By: */s/ Jeffrey P. Kaufman*
Jeffrey P. Kaufman, of the firm

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the United States Trustee
ustp.region18.bs.ecf@usdoj.gov

Larren Keith Covert on behalf of Creditor Sharon Kay Bergmann
larrenc@swaffordlaw.com

Kimbell D Gourley on behalf of Creditor Jones Gledhill Fuhrman Gourley PA
kgourley@idalaw.com, pulmer@idalaw.com;mingham@idalaw.com

Noah G. Hillen, Randall A Peterman, & Alex P McLaughlin  on behalf of Creditor Noah G. Hillen
ngh@hillenlaw.com, dlr@hillenlaw.com, lm@hillenlaw.com, ellassets@ecf.inforuptcy.com, D14@ecfcbis.com, apm@givenspursley.com, jrt@givenspursley.com, ad@givenspursley.com, mh@givenspursley.com, rap@givenspursley.com, kad@givenspursley.com wandawhite@givenspursley.com

Amber K. Kauffman on behalf of Creditor Idaho State Tax Commission
amber.kauffman@tax.idaho.gov, Becky.Ihli@tax.idaho.gov

Jeffrey A Strother on behalf of Creditor Joseph H. Smith
jstrother@strotherlawidaho.com

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

**Vernon K. Smith, Jr.**
**1900 W. Main St.**
**Boise, ID  83703**

Via certified mail, return receipt requested, addressed as follows:
**None**

By: */s/ Jeffrey P. Kaufman*
Jeffrey P. Kaufman

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>**VERNON K. SMITH, JR.**,<br>Debtor. | Case No. **18-01171-JDP**<br><br>Chapter **11** |
|---|---|

**ORDER APPROVING MOTION TO WITHDRAW AS COUNSEL OF RECORD**

THIS MATTER having come before the Court by way of the Motion to Withdraw, filed by the Law Office of D. Blair Clark, PC, with notice of said motion and opportunity to objection having been made in accordance with applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules; and the Court holding a hearing on the matter on July 29, 2019, and good cause appearing;

IT IS HEREBY ORDERED that the law firm Law Office of D. Blair Clark, PC, hereby is permitted to withdraw as attorneys of record for the debtor and Debtor-in-Possession, VERNON K. SMITH, JR., pursuant to the provisions of LBR 9010.1(f).

IT IS FURTHER ORDERED that Debtor and Debtor-in-Possession is to appear in person or appoint another attorney to appear, and to file a written notice with the court stating how the client will be represented within twenty-one (21) days from the date of this order.  Debtor is advised that failure to appear in person or through newly appointed counsel within said twenty-one (21) day period shall be sufficient grounds for entry of default or dismissal of the

action without further notice.  Further, any attorney whom Debtor-In-Possession appoints to represents Debtor-In-Possession shall file an application for employment pursuant to 11 U.S.C. § 327.

IT IS FURTHER ORDERED that no further proceedings that affect Debtor's rights will be held within the aforementioned twenty-one (21) days. //end of text//

Submitted by Jeffrey P. Kaufman