D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICE OF D. BLAIR CLARK PC
1509 Tyrell Lane, Suite 180
Boise, ID  83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email jeffrey@dbclarklaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. **18-01171-JDP** |
|---|---|
| **VERNON K. SMITH, JR.**, | Chapter **11** |
| Debtor. | |

### AFFIDAVIT OF JEFFREY P. KAUFMAN IN SUPPORT OF
### MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY

STATE OF IDAHO    )
                  ) ss
COUNTY OF ADA     )

Jeffrey P. Kaufman, first being duly sworn on oath, deposes and says:

**1.**     That your affiant is an attorney with the Law Office of D. Blair Clark, PC.

**2.**     That the Law Office of D. Blair Clark, PC was retained by the debtor, Vernon K. Smith, Jr., to represent him in the above entitled action.

**3.**     On Saturday May 4, 2019, D. Blair Clark, sustained a fall and broke his right leg, just under the knee.  He also cracked a few ribs and tore his right shoulder rotator-cuff.  At the

time of injury and shortly thereafter, there was an anticipated recovery time of approximately 12 weeks before Mr. Clark would regain the ability to be upright and walk with the assistance of crutches or similar apparatus. There was an optimistic outlook that Mr. Clark would only be out of physical commission, so to speak, for about 3-5 months. Although it was anticipated that Mr. Clark would have physical limitations during his recovery, there was an expectation, that he would return to his law practice.

4.  At the time Mr. Clark's fall, pending before the court was a Motion to Appoint a trustee. That matter was rescheduled to July 29, 2019, at 9:00 AM. Docket Nos. 110 & 111.

5.  What follows is a general time line of Mr. Clark's recovery: Mr. Clark fell on May 4th. He was taken to the hospital that evening and remained there for approximately two days before relocating to a rehabilitation facility. He remained at the rehabilitation facility for approximately two weeks. Due to a lack of "bone healing," Mr. Clark was relocated to an assisted living facility until such time he could begin his physical therapy without frustrating his recovery; which is anticipated to begin once the bone sufficiently heals enough.

6.  Mr. Clark's recovery has not progressed as initially anticipated. Unfortunately other issues have surfaced, which only complicates Mr. Clark's physical recovery. I am cautious to divulge too much information regarding Mr. Clark's health condition, and so I hope it is sufficient for this Court to know that within the last week, Mr. Clark has undergone surgery in his shoulder and knee to address infections in such areas. He returned to the hospital shortly around July 8th and is expected to remain there for a few more days as he recovers from the

surgery. It is anticipated that Mr. Clark will return to the assisted living facility upon his discharge from the hospital. Currently there is no projected date as to when Mr. Clark will be discharged from the assisted living facility, let alone return to his law practice.

7. Mr. Clark's physical condition materially impairs his ability to represent Debtor or Debtor-in-Possession. This firm therefore seeks to withdraw as counsel for both Debtor and Debtor-in-Possession.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

By: _____
Jeffrey P. Kaufman

SUBSCRIBED AND SWORN to before me this 22nd day of July, 2019.

_____
Notary Public for Idaho
Residing at: Boise, Idaho
My commission expires: 9/25/23

MARY BETH CHRISTY
NOTARY PUBLIC - STATE OF IDAHO
COMMISSION NUMBER 58488
MY COMMISSION EXPIRES 9-25-2023

Case 18-01171-JDP    Doc 132    Filed 07/22/19    Entered 07/22/19 17:01:58    Desc Main
Document      Page 4 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the United States Trustee
ustp.region18.bs.ecf@usdoj.gov

Larren Keith Covert on behalf of Creditor Sharon Kay Bergmann
larrenc@swaffordlaw.com

Kimbell D Gourley on behalf of Creditor Jones Gledhill Fuhrman Gourley PA
kgourley@idalaw.com, pulmer@idalaw.com;mingham@idalaw.com

Noah G. Hillen, Randall A Peterman, & Alex P McLaughlin on behalf of Creditor Noah G. Hillen
ngh@hillenlaw.com, dlr@hillenlaw.com, lm@hillenlaw.com, ellassets@ecf.inforuptcy.com, D14@ecfcbis.com, apm@givenspursley.com, jrt@givenspursley.com, ad@givenspursley.com, mh@givenspursley.com, rap@givenspursley.com, kad@givenspursley.com wandawhite@givenspursley.com

Amber K. Kauffman on behalf of Creditor Idaho State Tax Commission
amber.kauffman@tax.idaho.gov, Becky.Ihli@tax.idaho.gov

Jeffrey A Strother on behalf of Creditor Joseph H. Smith
jstrother@strotherlawidaho.com

I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:
**Vernon K. Smith, Jr.
1900 W. Main St.
Boise, ID  83703**

Via certified mail, return receipt requested, addressed as follows:
**None**

By: */s/ Jeffrey P. Kaufman*
Jeffrey P. Kaufman

**18-01171-JDP | In re Smith
AFFIDAVIT OF JEFFREY P. KAUFMAN IN SUPPORT OF
MOTION TO WITHDRAW AS DEBTOR'S ATTORNEY**                                                      **PAGE 4**